ACCEPTED
14-13-00512-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/24/2015 7:06:09 PM
CHRISTOPHER PRINE
CLERK

No.14-13-00512-CR

_____

IN THE COURT OF APPEALS
FOR THE
FOURTEENTH SUPREME JUDICIAL DISTRICT
AT HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/24/2015 7:06:09 PM
CHRISTOPHER A. PRINE
Clerk

_____

| RONALD CROW | § | APPELLANT |
| V. | § | |
| STATE OF TEXAS | § | APPELLEE |

_____

## MOTION TO EXTEND TIME FOR FILING APPELLATE BRIEF

COMES NOW RONALD CROW, Appellant in the above entitled and numbered cause and moves the court to extend the time for filing his appellate brief and in support thereof would show the court as follows:

Appellant was convicted of the felony of injury to a child in cause number 16373 in the 21st District Court of Washington County and assessed a punishment of imprisonment for two years in the Correctional Division, on April 26, 2013. Appeal was perfected on June 7, 2013. Appellant's brief was due on September 16, 2015. The Court reporter's record was filed on August 19, 2015. Counsel has not had sufficient time to read the record and write the brief. Appellant is requesting an extension of 30 days, until October 24, 2015.

Five prior extensions have been granted.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the foregoing motion be granted.

Respectfully submitted,


/s/ J. Sidney Crowley
J. Sidney Crowley
214 Morton St.
Richmond, Texas 77469
281-232-8332
jcrowl@windstream.net
TBC No. 05170200
ATTORNEY FOR APPELLANT


CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served on the

Washington County District Attorney's Office, this the 24th day of September, 2015.

/s/  J. Sidney Crowley